UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR, | No. 2:16-cv-2920 CKD P |
| Petitioner, | |
| v. | ORDER |
| BPHT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a document suggesting petitioner would like to challenge proceedings which resulted in petitioner being denied parole. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days, petitioner shall file a completed petition for writ of habeas corpus on the form to be provided by the Clerk of the Court.

2. Also, within thirty days, petitioner shall submit an application to proceed in forma pauperis on the form provided by the Clerk of Court, or pay the filing fee in the amount of $5.00.

/////

/////

1

3. Petitioner's failure to comply with this order will result in dismissal.

4. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254, and the application to proceed in forma pauperis by a prisoner.

Dated: January 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kish2920.nopet