UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR, | No. 2:16-cv-2920 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| BPHT, | |
| Respondent. | |

Petitioner has requested an extension of time to file a petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's January 24, 2017 request for an extension of time is granted; and

2. Petitioner is granted thirty days to file a petition for writ of habeas corpus. Failure to file a petition for writ of habeas corpus within 30 days will result in dismissal.

Dated: January 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kish2920.111